In the Matter of FEUER TRANSPORTATION, INC., Appellant. LOCAL UNION No. 445 OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS, etc., Respondent.

Submitted February 25, 1946; decided March 7, 1946.

Motion to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 295 N Y. 87.]

In the Matter of WILLIAM BELL, Respondent, against the BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Appellant.

Submitted February 25, 1946; decided March 7, 1946.

Motion by respondent for reargument and to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 101.]